# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BURTON, | CASE NO. 1:10-cv-00135-AWI-DLB (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS |
| v. | |
| MCMANUS, et al., | |
| Defendants. | |

Plaintiff Richard Burton is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. As of the date of this order, Plaintiff has not paid the $350.00 filing fee required to proceed in a civil rights action. Accordingly, the Court HEREBY ORDERS Plaintiff to submit the $350.00 filing fee in full within thirty days from the date of service of this order. Failure to pay the filing fee will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **March 17, 2010**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1